

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00146-CR

DAVID EUGENE ETHRIDGE, Appellant § On Appeal from the 355th District Court

§ of Hood County (CR12378)

V.

§ November 7, 2019

§ Per Curiam

THE STATE OF TEXAS, Appellee § (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the costs included in the trial court's judgment. We modify the judgment, the incorporated order to withdraw funds, and the bill of costs to delete $16 from the total court costs, leaving total court costs of $127.62. As modified, we affirm the trial court's judgment.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM